Ic

5c

**RECEIVED**

JUL 08 2024  JC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff

KATRINA L. AGNEW

v.

Defendant

AccentCare

)
)
)
)
)
)
)
)
)
)
)
)

**United States District Court**
**Northern District of Illinois**

**24-cv-05693**
**Judge Joan H. Lefkow**
**Magistrate Judge Keri L. Holleb Hotaling**
**Random/Cat 2**

**COMPLAINT**

I, Katrina L. Agnew, was targeted and treated unjustly for approximately 10 months which led to being placed on an unrealistic performance improvement plan. After returning from a short medical leave, I returned to work unable to access my work account or phone. I was offered a two-week severance or a more stringent PIP. When I stated that I needed time to review the documents, I was given approval to retrieve my personal items from both of my offices. It was announced later that day that I was no longer employed with AccentCare. This happened on April 8, 2024 after a 3-week medical leave due to stress and anxiety.

I was placed on the PIP, coincidentally, after refusing to sign a contract that I believed fostered inducement. In addition, I did not feel that an employee should have been demoted or fired because of several reasons that I voiced. I was put on an unrealistic PIP shortly thereafter. I was given a very unfair evaluation by my regional VP of Operations. I wrote a very descriptive rebuttal which ~~is~~ I sent to the RVP, regional HR director, and national HR director. My rebuttal

WAS NOT DISCUSSED, AND I DID NOT RECEIVE AN ANNUAL INCREASE BECAUSE OF IT.

I HAVE DOCUMENTATION SHOWING THAT I WAS TREATED DIFFERENTLY FROM OTHER NON-BLACK EXECUTIVE DIRECTORS IN MY REGION.

I ALSO HAVE DOCUMENTATION OF EVERY CLAIM THAT I AM MAKING AGAINST THE ORGANIZATION.

FINALLY, I WAS GIVEN A VERY POSITIVE JOB REFERENCE BY MY RVP AFTER MY DEPARTURE FROM THE ORGANIZATION. I AM SURE I WILL BE ABLE TO GET A COPY OF THAT IF NECESSARY.

I HAVE WORKED IN THE HOSPICE INDUSTRY SINCE OCTOBER 13, 1994 AND HAVE NEVER BEEN TREATED IN THIS MANNER; ESPECIALLY WHEN I WAS ASKED TO RETURN TO THE ORGANIZATION AFTER I LEFT BRIEFLY.